NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DONALD R. GRAHAM,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3075

---

Petition for review of the Merit Systems Protection Board in No. NY0845110016-I-3.

---

ON MOTION

---

## ORDER

Donald R. Graham submits a letter that the court treated as a motion to reconsider the July 13, 2012 order of dismissal for failure to file a brief.

IT IS ORDERED THAT:

The motion is rejected as untimely. This case was dismissed and the mandate issued on July 13, 2012. Mr. Graham's case is over in this court.

FOR THE COURT

/s/   Daniel E. O'Toole
        Daniel E. O'Toole
        Clerk

cc:  Donald R. Graham
      Joshua A. Mandlebaum, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 28 2013

DANIEL E. O'TOOLE
CLERK